UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAN, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02012-CDS-NJK<br><br>**ORDER** |

　　　　On December 11, 2023, the Court ordered Plaintiff Johnny Jones to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents by February 9, 2023. Docket No. 5. Before that deadline expired, Plaintiff filed an emergency motion that states, among other things, Plaintiff submitted the paperwork to obtain his required financial documents from prison officials on December 6, 2023, and was told it can take up to 45 days to receive his documents. Docket No. 6 at 6. The Court construes Plaintiff's motion as seeking an extension of time to either pay the filing fee or file a new fully complete application to proceed *in forma pauperis*, and it finds good cause exists to grant Plaintiff that narrow relief.

　　　　Accordingly, for the reasons stated above,

　　　　IT IS ORDERED that the emergency motion for various relief, Docket No. 6, is construed as a motion for an extension of time and **GRANTED in part as to extending the deadline and DENIED in all other respects**.

　　　　IT IS FURTHER ORDERED that, no later than **April 11, 2024**, Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

      IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

      The Clerk of the Court is **INSTRUCTED** to send Plaintiff Johnny Jones the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint, Docket No. 1-1, but not file it at this time.

      IT IS SO ORDERED.

      DATED: March 12, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE